STATE OF CONNECTICUT *v.* NATHANIEL CARMONA

The defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 828 (AC 28969), is denied.

*Tejas Bhatt,* assistant public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided January 9, 2008

---

BNC MORTGAGE, INC. *v.* PAUL HARRIS ET AL.

The named defendant's petition for certification for appeal from the Appellate Court, 104 Conn. App. 903 (AC 28645), is denied.

*Paul Harris,* pro se, in support of the petition.

Decided April 10, 2008

---

AUDLEY K. WATSON *v.* COMMISSIONER OF CORRECTION

The petitioner Audley K. Watson's petition for certification for appeal from the Appellate Court, 105 Conn. App. 903 (AC 27884), is denied.

*Kathryn Steadman,* special public defender, in support of the petition.

Decided April 10, 2008